CCA No PD-1243-15

CoA - No. 06-14-00131-CR

Trial Court No, 12F0117-202

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 05 2009
Abel Acosta, Clerk

83,938-01

To The Honorable Judge Of Said Court

I Cornell McHenry filed my 11.07 Writ of Habeas Corpus to District Clerk of Bowie County Texas Billy Fox respectfully and, on time in June of 2015 I wasn't aware of the Petition of Discretionary until later after I was miss directed or misled by our Law Library staff, She told me that the 11.07 was the Discretionary Review inside So I filed it ontime to Billy fox the District Clerk, of Bowie County you Can Contact the Clerks office at 710 James Bowie CourtHouse New Boston Tx 75570-2328. I filed it to Her on June 30, 2015, please recognize I didn't have any knowledge of faling to Petition of Discretion Review until later, please get the 11.07 Writ of Habeas Corpus, from the District Clerks office and you Can see the Date I filed, Less than 15 days after I recieved my opinion from 6th District Appellate Court.

Thank you
God Bless you

# TO THE HONORABLE JUDGE of SAID Court

## A. Plaintiff.s original Application For Writ of MANdamus

Comes Now, Cornell McHenry RelAtor. pro, se

IN The Above styled And numbered cause of action and Files This Original Application For Writ of MANdamus pursuant to Article 11.07 Section 3(c) of the Texas Code of Criminal Procedure , and would show The Court The following.

## B. Relator

1.01 #1928881 TDCJ# Cornell McHenry is AN OFFender incarcerated in The Texas Department of Criminal Justice and is appearing pro.se. who can be located at Joe f Gurney Unit, 1385 FM 3328 Palestine Tx 75803

1.02 Relator has exhausted his remidies and has No other adequate remedy at law.

1.03 The act sought to be compelled is ministerial Not discretionary in nature. TCCP Art. 11.07 Section 3.c requires Respondant to Immediately Transmit to The Court of Criminal Appeals a Copy of the Application. for Writ of Habeas Corpus and Answer filed. and a Certificate reciting the date upon which that finding was made. have been Transmitted to the Court of Criminal Appeals

Had such documents been transmitted to the Court of Criminal Appeals by Respondant as required by Statute. Relator would have recieved Notice from the Court of Criminal Appeals.

## C. Respondant

2.01 Respondant. _Billy Fox_ . in her/his capacity As District Clerk of _Bowie_ County. Texas has A ministerial duty to recieve and file all papers in a Criminal proceding. and perform all other duties imposed on The Clerk by law pursuant to TCCP. Art. 2.21. and is responsible under TCCP 11.07 Sec. 3(c) To Immediately Transmit To the Court of Criminal Appeals a copy of the Application for Writ of Habeas Corpus. any answers filed. and a Certificate reciting the date upon which that finding was made if the convicting court decides That there are no issues to be Resolved.

3. _Billy Fox_ . District Cleek _Bowie_ County may be Served at her/his place of business at _Court House 710_ . James Bowie Dr New Boston Texas New Boston Texas _75570 - 2328_

## III.

D. Violation of Article 11.07 of The Texas Code of Criminal Procedure

3.01 The Respondant Violated Article 11.07 Sec. 3(c) of the Texas Code of Criminal Procedure by failing To provide a copy of the application for Writ of Habeas Corpus, any answers filed, and a certificate reciting the date upon, which that finding was made To the Court of Criminal Appeals within the time prescribed bv law and within a resonable time from the date on which the documents were requested to be Transmitted,

3.02 Request for The Transmitted of the application for Writ of Habeas Corpus, any answers filed, and a Certificate reciting the date upon which that finding was made, were made by Relator to _Palestine_ _Anderson_ County, by Certified mailed letters dated _June 30, 2 00 15_ pursuant to Article 11.07 Section 3(c) of the Code of Criminal Procedu True and Accurate copies of the Above letters are Attached here to As Exhibits A, Through "_A_ and are incorporated bv references herein for all purposes.

3.03 To date. Relator has recieved no Response from Respondant reagrding Relators request for Transmitted of a copy of the Application for Writ of Habeas Corpus. Any answers filed. and a Certificate reciding the date upon which that finding was made To the Court of Criminal Appeals.

3.04 As is Clear from Relators letters. Relator has Repeatedly put Respondant on Notice that Relator Seeks the Transmitted Copy of a copy of the Application for Writ of Habeas Corpus, any answers filed and a Certificate reciting the date upon which that finding was Made to the Court of Criminal Appeals and that Su Records.

5. required by the Court of Criminal Appeals to act on Relators Writ of Habeas Corpus, Relator has gone well beyond Any Requirements or obligations imposed upon him by the Texas Code of Criminal Procedure in Contrast to Relators efforts, Respondant has wholly failed to Comply with the Texas Code of Criminal Procedure, Article 11.07 Section 3(c) is Acting in bad faith. And has Also failed to Afford Relator the professional and

Cont.
Common Courtesy of Any written response to his Correspondance and request.

3.05 Art. 11.07 Section 3(c) Clearly States That "If the Convicting Court decides that there are no Such issues. The Clerk SHall Immediately Transmitt (Emphsis Added) to the Court of Criminal Appeals. a copy of the Application Any answers filed and a Certificate reciting the date upon which that finding was made. failure to the Court to Act Within the Allowed 20 days shall Constitute Such a finding." Texas Code of Criminal Procedures.

6. Article 11.07 Sec 3(c) Respondant is in violation of this procedure. ministerial duties. And thus the laws of this State.

## IV.

D. Prayer for Releif.

Where fore Premises Concidered Relator Cornell McHenry pro.se Respectfully request finding That the Respondant did Not Transmitt documents to

cont.

The Court of Criminal Appeals within Reasonable Time After the date they were requested and that Relator brought this litigation in good faith and has Substantually ~~prev~~ prevailed. Relator prays for An Order directing Respondant to Transmitt A Copy of the Application for Writ of Habeas Corpus. Any Answers filed, and a Certificate Reciting the date upon which that finding was made to the Court of Criminal Appeals As directed in Article 11.07 Sec.3(c of the Texas Code of Criminal Procedure, and As Requested in Relators letters Exhibeits "A" Through _B_ Respectfully Submitted.

## NOTICE
## OFFENDER NOTARY PUBLIC SERVICE

Under both Federal law (28 U.S.C § 1746) and State law (V.T.C.A. Civil Practice & Remedies Code, §132.001-132.003), offenders incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, certification, oath, or affidavit sworn before a Notary Public.

In a request for Notary Public service, each offender must explain why an Unsworn Declaration is insufficient before Notary Public service will be provided.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*An example of an unsworn declaration pursuant to State law is as follows:*

"My name is <u>CoRnell D McHENRY</u> my date of birth is <u>8-23-72</u>
　　　　　　　　(First)　　(Middle)　　　(Last)

and my inmate identifying number, is <u>＃ 1928881</u> . I am presently incarcerated in

<u>Joe F Gurney</u> in <u>Palestine Tx 75803</u>
　　　(Corrections unit name)　　　　　　　　　(City)

<u>Anderson　　　Texas　　　　75803</u> . I declare under penalty of
(County)　　　　　(State)　　　　(Zip Code)

perjury that the foregoing is true and correct.

Executed on the <u>23</u> day of <u>September</u>, 20<u>15</u>. <u>Cornell McHenry</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Offender Signature)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*An example of an unsworn declaration pursuant to Federal law is as follows:*

I <u>Cornell McHenry</u> (insert offender name and TDCJ number), being presently incarcerated in <u>Joe F Gurney Unit</u> (insert TDCJ unit name), in <u>Anderson</u> County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on the <u>23</u> day of <u>September</u>, 20<u>15</u>. <u>Cornell McHenry</u>
　　　　　　　　　　　　　　　　　　　　　　　　(Offender Signature)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE
## NOTARY PUBLIC SERVICE DENIAL

Regarding your request for Notary Public service, insufficient justification was provided necessitating Notary Public service. However, you may proceed with an Unsworn Declaration.

_____　　　_____
　　(Signature - Notary)　　　　　　　　　　　　　(Date)